# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 21.41201 |
| Michael Leo Fitzgibbons, | Chapter 13 |
| and | |
| Denise Michelle Fitzgibbons, | |
| Debtors. | |

## NOTICE OF HEARING AND MOTION TO MODIFY CHAPTER 13 PLAN

TO: Trustee; the United States Trustee and other parties in interest specified in Local Rule 9013.

1. Michael Leo and Denise Michelle Fitzgibbons ("Debtors"), debtors in the above case, by their attorney, moves the Court for the relief requested below and give notice of hearing.

2. The Court will hold a hearing on this motion on **March 27, 2025,** at 10:00am in U.S. Bankruptcy Court. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information.

3. Any objection to this motion shall be delivered not later than March 21, 2025, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). ***UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.***

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, FED.R. BANKR.P.5005 and Local Rule 1070-1. This motion is a core proceeding. The petition commencing this case under Chapter 13 of title 11 United States Code was filed July 2, 2021, and is now pending in this court.

5. This motion arises under 11U.S.C. §1329 and FED.R. BANKR.P.3015. This motion is filed under FED.R.BANKR.P.9014. The Debtors request relief with respect to the approval of the modified Chapter 13 plan, attached hereto.

6. Debtors need to modify their chapter 13 to surrender the property associated with the Genesis FS Card Services (claim #43).

7. The Debtors propose to modify the chapter 13 plan to move the Genesis FS Card Services debt from Part 8 to Part 15.

8. The Debtors' current average household income is attached to the motion as Exhibit A.

9. The Debtors' current average household expenses are attached to this motion as Exhibit B.

10. As of the date of the modified plan, the Debtors have paid into the Chapter 13 Plan $17,314.00.

11. The Debtors' timely filed non-priority general unsecured claims total approximately $187,098.51.

12. The Debtors' proposed modified chapter 13 plan will result in a distribution of approximately 9% to the timely filed general unsecured claims.

13. The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the debtors had liquidated under chapter 7 of this title on such date.

14. If oral testimony is necessary as to relevant facts, the debtors shall testify at the hearing.

WHEREFORE, the Debtors move the Court for its order granting confirmation of the enclosed modified plan and for any other relief the Court deems just and proper.

**Dated: February 28, 2025**                                   **s/ *Jeffrey J. Bursell***

Jeffrey J. Bursell        #0293362
SOLVENT PLLC
2223 5TH St.
P.O. Box 10860
St. Paul, MN 55110-3024
651.374.8881
jeff@solventlaw.com

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Leo** | **Fitzgibbons, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Denise** | **Michelle** | **Fitzgibbons** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Minnesota**

Case number **21-41201**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | **maps and records coordinator** | **dental assistant** |
| Employer's name | **Michels Corporation** | **Bassett Creek Dental** |
| Employer's address | | |
| | Number Street | Number Street |
| | **Brownsville , MN** | **Golden Valley, MN** |
| | City State Zip Code | City State Zip Code |
| How long employed there? | **16 years** | **22 years** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. **$5,340.00** | **$5,626.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. **$5,340.00** | **$5,626.00** |

| | Debtor 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Debtor 1  **Michael**     **Leo**     **Fitzgibbons, Jr**
Debtor 2  **Denise**     **Michelle**     **Fitzgibbons**

First Name     Middle Name     Last Name

Case number *(if known)* **21-41201**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here**............................................................→ | 4. | **$5,340.00** | **$5,626.00** |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$1,387.00** | **$545.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$283.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$679.00** |
| | 5e. **Insurance** | 5e. | **$0.00** | **$274.00** |
| | 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| | 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| | 5h. **Other deductions.** Specify: **See additional page** | 5h. + | **$0.00** | + **$382.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$1,387.00** | **$2,163.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$3,953.00** | **$3,463.00** |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$0.00** |
| | 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| | 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| | 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | **$0.00** | + **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | **$0.00** | **$0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | **$3,953.00** + **$3,463.00** | = **$7,416.00** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. **$7,416.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

|  | Amount |
|---|---|
| **5h. Other Deductions For Debtor 2 or non-filing spouse** | |
| **Roth 401(k)** | **$255.00** |
| **disability insurance** | **$127.00** |

**EXHIBIT B**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Leo** | **Fitzgibbons, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Denise** | **Michelle** | **Fitzgibbons** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Minnesota** | |
| Case number (if known) | **21-41201** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses                                                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　　☑ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **17** | ☐ No. ☑ Yes. |
| **Child** | **15** | ☐ No. ☑ Yes. |
| **Child** | **12** | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,580.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $435.00 |
| | 6b. Water, sewer, garbage collection | 6b. $25.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $383.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $900.00 |
| 8. | **Childcare and children's education costs** | 8. $300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $200.00 |
| 10. | **Personal care products and services** | 10. $200.00 |
| 11. | **Medical and dental expenses** | 11. $400.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $431.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $262.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: _____ | 17c. $0.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| | | |
|---|---|---|
| 21. **Other.** Specify: **Pet Expenses** | 21. + | $100.00 |

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $7,266.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $7,266.00 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | $7,416.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. – | $7,266.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $150.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.     401(k) loan will end Sept. 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 21.41201 |
| Michael Leo Fitzgibbons, | Chapter 13 |
| and | |
| Denise Michelle Fitzgibbons, | |
| Debtors. | |

## MEMORANDUM IN SUPPORT OF MOTION TO MODIFY
## CHAPTER 13 PLAN POST-CONFIRMATION

### FACTS

The factual basis for the proposed modified plan is described in the accompanying motion.

### DISCUSSSION

The modification of a chapter 13 plan after confirmation is governed by Section 1329 of the Bankruptcy Code.

At any time after the confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to –

(1) increase or reduce the amount of payments on claims of a particular class provided for by the plan;

(2) extend or reduce the time for such payments;

(3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan; or

(4) reduce amounts to be paid under the plan by the actual amount expended by the debtor to purchase health insurance for the debtor (and for any dependent of the debtor if such dependent does not otherwise have health insurance coverage) if the debtor documents the cost of such insurance and demonstrates that –

(A) such expenses are reasonable and necessary;

(B)(i) if the debtor previously paid for health insurance, the amount is not materially larger than the cost the debtor previously paid or the cost necessary to maintain the lapsed policy, or

(ii) if the debtor did not have health insurance, the amount is not materially larger than the reasonable cost that would be incurred by a debtor who purchases health insurance, who has similar income, expenses, age, and health status, and who lives in the same geographical location with the same number of dependents who do not otherwise have health insurance coverage; and

(C) the amount is not otherwise allowed for purposes of determining disposable income under Section 1325(b) of this title; and upon request of any party in interest, files proof that a health insurance policy was purchased.

(C) the amount is not otherwise allowed for purposes of determining disposable income under Section 1325(b) of this title; and upon request of any party in interest, files proof that a health insurance policy was purchased.

(b)(1) Sections 1322(a), 1322(b), and 1323(c) of this title and the requirements of Section 1325(a) of this title apply to any modification under subsection(s) of this section.

(2) The plan as modified becomes the plan unless, after notice and hearing, such modification is disapproved. 11 U.S.C. §1329(a) and (b) (2010).

In the present case, the debtors have stated cause to modify the chapter 13 plan and the modified chapter 13 plan complies with the statutory requirements for a post-confirmation modified plan. The modified plan is proposed in good faith and feasible.

CONCLUSION

The attached modified chapter 13 plan should be confirmed.

**Dated: February 28, 2025**                        **s/ *Jeffrey J. Bursell***

Jeffrey J. Bursell          #0293362
SOLVENT PLLC
2223 5TH St.
P.O. Box 10860
St. Paul, MN 55110-3024
651.374.8881
jeff@solventlaw.com

| | |
|---|---|
| In re: | Bky No. 21.41201 |
| Michael Leo Fitzgibbons, | Chapter 13 |
| and | |
| Denise Michelle Fitzgibbons, | |
| Debtors. | |

## UNSWORN CERTIFICATE OF SERVICE

I, Trish Wolter, employed by Solvent PLLC, attorneys licensed to practice law in this Court, with office address of 2223 5th Street, P.O. Box 10860, St. Paul, Minnesota 55110-3024, declare that on February 28, 2025, I served the Post Confirmation Modified Chapter 13 Plan and the Notice of Hearing and Motion to Modify the Chapter 13 Plan and Memorandum of Law to each of the entities named below by first class mail postage prepaid and to entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

**The following were served via first class mail postage prepaid:**

Michael & Denise Fitzgibbons
17910 226th Avenue NW
Big Lake, MN 55309

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 28, 2025

Signed: s/ Trish Wolter

        Paralegal

Label Matrix for local noticing
0864-4
Case 21-41201
District of Minnesota
Minneapolis
Wed Feb 19 07:01:35 CST 2025

Capital One, N.A. / Kohls
AIS InfoSource, LP
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118-7901

Matrix Financial Services Corporation
25 N DALE ST
ST PAUL, MN 55102-2227

Nationstar Mortgage LLC
25 N DALE ST
ST PAUL, MN 55102-2227

TH MSR Holdings LLC
25 Dale Street North
St. Paul, MN 55102 United States 55102-2227

~~Minneapolis~~
~~301 Diana E. Murphy U.S. Courthouse~~
~~300 South Fourth Street~~
~~Minneapolis, MN 55415-1320~~

Allina Health Systems
2925  Chicago AV
Minneapolis, MN 55407-1321

Allina Health Systems
P O Box 43
Mail Route 10200
Minneapolis, MN 55440-0043

American Accounts & Advisers
7460  80th St S
Cottage Grove, MN 55016-3007

American Express
P O Box 981535
El Paso, TX 79998-1535

American Express
P O Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Best Buy Credit Services
P O Box 790441
St Louis, MO 63179-0441

Capital Management Services
698 1/2 S Ogden St
Buffalo, NY 14206-2317

Capital One
P O Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One/Walmart
P O Box 30285
Salt Lake City, UT 84130-0285

Care Credit/Synchrony
Attn: Bankruptcy Dept
P O Box 965064
Orlando, FL 32896-5064

Citi Card
P O Box 6500
Sioux Falls, SD 57117-6500

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Client Services, Inc/SychRakuten
3451 Harry Truman Blvd
St Charles, MO 63301-4047

Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/BedBath
PO Box 182620
Columbus, OH 43218-2620

Comenity Bank/Playstation
PO Box 182273
Columbus, OH 43218-2273

(p)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7766

Creditor Advocates
PO Box 505
Linden, MI 48451-0505

Daniel M Duffek
Hiway Credit Union
Attn:  Collections Department
111 Empire Drive
Saint Paul, MN 55103-1860

Denise Fitzgibbons
17910  226th AV NW
Big Lake, MN 55309-9806

Discover
PO Box 3025
New Albany, OH 43054-3025

Discover
PO Box 30923
Salt Lake City, UT 84130-0923

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

FAIRVIEW HEALTH SERVICES  M HEALTH SERVICES
1700 University Ave W 6th floor
Saint Paul, MN 55104-3727

Forefront Dermatology
801 York St
Manitowoc, WI 54220-4630

GBS/First Electronic Bank
PO BOx 4499
Beaverton, OR 97076-4499

Gate City Bank
PO Box 2847
Fargo, ND 58108-2847

Genesis Credit
P O Box 4499
Beaverton, OR 97076-4499

Gurstel Law Firm
6681 Country Club Dr
Golden Valley, MN 55427-4601

Highway Federal CU
111 Empire Dr
Saint Paul, MN 55103-1860

Hiway Credit Union
Attn:  Collections Department
111 Empire Drive
Saint Paul, MN 55103-1860

IHealth
PO Box 860596
Minneapolis, MN 55486-0525

Kohl's
P O Box 3043
Milwaukee, WI 53201-3043

Kohl's
Peritus Portfolio Services II, LLC
PO BOX 141509
IRVING, TX 75014-1509

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M Health Fairview
100 S Owasso Blvd W
Saint Paul, MN 55117-1036

(p)FAIRVIEW HEALTH SERVICES
1700 UNIVERSITY AVE W
6TH FLOOR
SAINT PAUL MN 55104-3727

M Health Fairview
2312 S 6th St
Minneapolis, MN 55454-1336

Malacko Law Office
PO Box 135
Cottage Grove, MN 55016-0135

Matrix Financial Services Corporation LLC
c/o Nationstar Mortgage LLC d/b/a Mr. Co
P.O. Box 619094
Dallas, TX 75261-9094

Mercy Hospital
4050 Coon Rapids Blvd NW
Minneapolis, MN 55433-2522

Midland Credit Management
16 McLeland Rd, Ste 101
St Cloud, MN 56303-2160

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt.
320 E Big Beaver RD  STE 300
Troy, MI 48083-1271

Midwest Radiology
PO Box 812
Indianapolis, IN 46206-0812

Mr Cooper- Bankruptcy Notice
PO Box 619094
Dallas, TX 75261-9094

(p)NYSTROM AND ASSOCIATES LTD
ATTN BUSINESS OFFICE
1900 SILVER LAKE RD NW
SUITE 110
NEW BRIGHTON MN 55112-1789

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Credit Analysts Of MN
PO Box 99
New Ulm, MN 56073-0099

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Radius Global Solutions
PO Box 390905
Minneapolis, MN 55439-0905

(p)RELIANCE RECOVERIES
ATTN ACCOUNTS RECEIVABLE SERVICES
6160 SUMMIT DR N
SUITE 440
BROOKLYN CENTER MN 55430-2149

Resurgent Acquisitions LLC
55 Beattie Place STE 110
Greenville, SC 29601-5115

Resurgent Acquisitions LLC
PO Box 10497
Mail Stop 576
Greenville, SC 29603-0497

SYNCB/JCI Home Design
950 Forrer Blvd
Kettering, OH 45420-1469

SYWMC/CBNA
701 E 60th ST N
Sioux Falls, SD 57104-0432

Sheffield Financial LLC
PO Box 580229
Charlotte, NC 28258-0229

Sheffield Financial, a division of Truist Ba
PO Box 1847
Wilson, NC 27894-1847

(p)SOUTHDALE ANESTHESIOLOGISTS  LLC
ATTN GREGORY MAURER
9368 REDWELL LANE
WOODBURY MN 55125-9004

(p)LOAN SERVICING
LOAN SUPPORT
PO BOX 5961
MADISON WI 53705-0961

Synchrony  Bank/Paypal
PO Box 960080
Orlando, FL 32896-0080

Synchrony Bank
Attn: Bankruptcy Dept.
P O Box 965060
Orlando, FL 32896-5060

Synchrony Bank
PO Box 965013
Orlando, FL 32896-5013

Synchrony Bank/ScoreRewards
PO Box 965004
Orlando, FL 32896-5004

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TH MSR Holdings LLC
446 Wrenplace Road
Fort Mill, SC 29715-0200

Target
PO Box 660170
Dallas, TX 75266-0170

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
Attn: Collection Dept.
P O Box 5227
Cincinnatti, OH 45202

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

Wells Fargo
P O Box 10347
Des Moines, IA 50306-0347

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Furniture Mart
PO Box 14517
Des Moines, IA 50306-3517

Denise Michelle Fitzgibbons
17910 226th AV  NW
Big Lake, MN 55309-9806

(p)SOLVENT PLLC
ATTN JEFFREY BURSELL
2223 5TH ST
P O BOX 10860
ST PAUL MN 55110-0860

Kyle Carlson
Chapter 13 Trustee
PO Box 519
Barnesville, MN 56514-0519

Michael Leo Fitzgibbons Jr
17910 226th AV  NW
Big Lake, MN 55309-9806

Sam Calvert
1011 2nd ST N
STE 107
Saint Cloud, MN 56303-3237

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Credit Corp Solutions Inc.
121 West Election Road, Suite 200
Draper, UT 84020

M Health Fairview
1700 University Ave W
Saint Paul, MN 55104

Nystrom and Associates LTD
1900 Silver Lake Road NW Suite
New Brighton, MN 55112-1789


PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
c/o MILLS FLEET FARM
POB 12914
Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC
c/o PAYPAL
POB 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Sams Club
POB 12914
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Walmart
POB 12914
Norfolk VA 23541


Reliance Recoveries
6160 Summit Dr Ste 440
Brooklyn Center, MN 55430-2149

Southdale Anesthesiologists
6401 France Ave S
Edina, MN 55435

State Farm Bank
P O Box 2327
Bloomington, IL 61702-2327


U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

~~Jeffrey J. Bursell~~
~~Solvent PLLC~~
~~2223 5th Street~~
~~P.O. Box 10860~~
~~St. Paul, MN 55110~~


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Capital One
P O Box 30285
Salt Lake City, UT 84130-0285

End of Label Matrix
Mailable recipients    89
Bypassed recipients     1
Total                  90

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Fitzgibbons, Michael Leo                    Case No. 21-41201

Fitzgibbons, Denise Michelle

Debtor(s).

**SIGNATURE DECLARATION**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☐ OTHER: PLEASE DESCRIBE: _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.      The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2.      The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.      **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4.      I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.      My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.      **[corporate and partnership debtors only]**] y] I have been authorized to file this petition on behalf of the debtor.

Date:  02/27/2025

X _____          X _____
Signature of Debtor 1 or Authorized                Signature of Debtor 2
Representative


**Michael Leo Fitzgibbons, Jr**               **Denise Michelle Fitzgibbons**
Printed name of Debtor 1 or Authorized         Printed Name of Debtor 2
Representative